UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

JOHN M. ROPER and                                                     PLAINTIFFS
VIRGINIA ROPER

V.                             CIVIL ACTION NO. 1:06CV713 LTS-RHW

STATE FARM FIRE AND CASUALTY CO. and           DEFENDANTS
JOHN DOES A-G

## ORDER OF RECUSAL

In accordance with the provisions of 28 U.S.C. §455(a), because my impartiality in connection with this proceeding might reasonably be questioned, I have decided to recuse myself from this case.

Accordingly, it is

**ORDERED**

That I hereby recuse myself from this proceeding.

**SO ORDERED** this 28th day of July, 2006.

                                                                s/ L. T. Senter, Jr.

                                                                 L. T. Senter, Jr.
                                                                 Senior Judge

Dockets.Justia.com